UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, </br></br> v. </br></br> WINSTON MCGHEE, </br> A/K/A "POOH" | Criminal No. 08-10036-DPW </br></br> VIOLATIONS: </br></br> 21 U.S.C. § 841 </br> Possession of at least 5 </br> grams of cocaine base </br> with intent to distribute </br></br> 21 U.S.C. §844 </br> Possession of at least 5 </br> grams of cocaine base </br></br> 18 U.S.C. 2 </br> Aiding and Abetting </br></br> 21 U.S.C. § 853-- </br> Criminal Forfeiture |

### FIRST SUPERSEDING INDICTMENT

**COUNT ONE**   (21 U.S.C. § 841(a)(1) -- Possession of Cocaine Base
       With Intent to Distribute; 18 U.S.C. § 2 -- Aiding and
       Abetting)

The Grand Jury charges that:

On or about July 10, 2006 at Oak Bluffs, in the District of Massachusetts,

**WINSTON MCGHEE, A/K/A "POOH,"**

the defendant herein, did knowingly and intentionally possess with intent to distribute cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II

controlled substance, in violation of Title 21, United States Code, Section 841(a).

All in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

COUNT TWO:     (21 U.S.C. § 844 -- Possession of Cocaine Base)

The Grand Jury also charges that:

On or about July 10, 2006 at Oak Bluffs, in the District of Massachusetts,

**WINSTON MCGHEE, A/K/A "POOH,"**

the defendant herein, did knowingly and intentionally possess a quantity of cocaine base, a Schedule II controlled substance.

The Grand Jury further alleges that the offense described herein involved at least 5 grams of a mixture and substance containing a detectable amount of cocaine base, a Schedule II controlled substance, in violation of Title 21, United States Code, Section 844(a).

All in violation of Title 21, United States Code, Section 844(a).

**FORFEITURE ALLEGATION**
(21 U.S.C. § 853)

1.   As a result of the offense alleged in Counts 1-2 of this Indictment,

**WINSTON MCGHEE, A/K/A "POOH,"**

defendant herein, shall forfeit to the United States any and all property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such offenses; and/or any property used or intended to be used, in any manner or part, to commit, or to facilitate the commission of, any such violations.

2.   If any of the property described in paragraph 1, above, as a result of any act or omission of the defendants -

   (a)   cannot be located upon the exercise of due diligence;

   (b)   has been transferred or sold to, or deposited with, a third party;

   (c)   has been placed beyond the jurisdiction of the Court;

   (d)   has been substantially diminished in value; or

   (e)   has been commingled with other property which cannot be subdivided without difficulty;

it is the intention of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the property described in paragraph 1.

All in violation of Title 21, United States Code, Section 853.

A TRUE BILL,

_____
FOREPERSON OF THE GRAND JURY


_____
JOHN A. WORTMANN, JR.
Assistant U.S. Attorney

DISTRICT OF MASSACHUSETTS                    March 5, 2008 @ 12:45

Returned into the District Court by the Grand Jurors and filed.

_____   Marc K. Duffy, Esq.
Deputy Clerk

5