```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

```
UNITED STATES OF AMERICA,   )
     Plaintiff,             )   CRIMINAL NO. 08-10036-DPW
                            )
          v.                )
                            )
WINSTON MCGHEE,             )
     Defendant,             )
```

## VERDICT

**1.   AS TO COUNT 2**

**A.**   With respect to the possession of a controlled substance, we, the jury, find the defendant Winston McGhee:

**(ANSWER "NOT GUILTY" OR "GUILTY")**                        _Guilty_.

If you have answered "GUILTY" to Question 1.A, Answer Question 1.B.  If you have answered "NOT GUILTY" to Question 1.A, return your verdict.

**B.**   Was the controlled substance you have found the defendant possessed in answer to Question 1.A cocaine base?

**(ANSWER "YES" OR "NO")**                                   _Yes_

If you have answered "YES" to Question 1.B, Answer Question 1.C. If you have answered "NO" to Question 1.B, proceed directly to Question 2.A.

**C.**   Did the defendant Winston McGhee possess at least 5 grams of a mixture or substance containing cocaine base?

**(ANSWER "YES" OR "NO")**                                   _Yes_

**PROCEED TO QUESTION 2**

2.  **AS TO COUNT 1**

   **A.**  With respect to the possession of a controlled substance with intent to distribute, we, the jury, find the defendant Winston McGhee:

   (ANSWER "NOT GUILTY" OR "GUILTY")  <u>Guilty</u>.

   If you have answered "GUILTY" to Question 2.A, Answer Question 2.B.  If you have answered "NOT GUILTY" to Question 2.A, return your verdict.

   **B.**  Was the controlled substance you have found the defendant possessed with the intent to distribute in answer to Question 2.A cocaine base?

   (ANSWER "YES" OR "NO")   <u>Yes</u>

   If you have answered "YES" to Question 2.B, Answer Question 2.C.  If you have answered "NO" to Question 2.B, return your verdict.

   **C.**  Did the defendant Winston McGhee possess with intent to distribute at least 5 grams of a mixture or substance containing cocaine base?

   (ANSWER "YES" OR "NO")   <u>No</u>

5/23/08
DATE

_____
FOREPERSON