UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

**UNITED STATES OF AMERICA**      )
                                  )
**v.**                            )      Criminal No. 08-10036-DPW
                                  )
                                  )
**WINSTON MCGHEE**                )

### GOVERNMENT'S SUPPLEMENTAL SENTENCING MEMORANDUM

The United States, by its undersigned attorneys, respectfully submits this supplemental sentencing memorandum to disclose information that the government received this afternoon and believes is material and relevant under 18 U.S.C. § 3553(a)(1) and to ¶ 54 to the PSR.  Specifically, the government attaches the grand jury minutes of five witnesses (attachments 1 through 5) who testified concerning the 2002 murder with which McGhee was charged, with the names of civilian witnesses redacted.  In summary, witnesses A and C testify that McGhee shot the victim, although only witness A was able to make a positive identification of McGhee.  The government is informed by the Suffolk County District Attorney's Office ("DA") that witness A later refused to testify after being charged with unrelated crimes in another state and requesting considerations with regard to those charges that the DA was unwilling to provide.  The loss of witness A's testimony prompted the DA to dismiss the case.

```
                              Respectfully submitted,

                              MICHAEL J. SULLIVAN
                              United States Attorney


                         By:  /s/ Timothy E. Moran
                              JOHN A. WORTMANN, JR.
                              TIMOTHY E. MORAN
                              Assistant U.S. Attorneys
```

Dated: September 4, 2008


## CERTIFICATE OF SERVICE

I hereby certify that this Sentencing Memorandum and accompanying exhibits filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                         By:  /s/ Timothy E. Moran
                              TIMOTHY E. MORAN
```