AO 245D  (Rev. 09/11) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

District of Massachusetts

UNITED STATES OF AMERICA
v.
WINSTON MCGHEE

AMENDED
**Judgment in a Criminal Case**
(For **Revocation** of Probation or Supervised Release)

Case No.  08cr10036-DPW
USM No.  26333-038

Stylianus Sinnis
Defendant's Attorney

**THE DEFENDANT:**

☑ admitted guilt to violation of condition(s)  I,II,III,IV-B  of the term of supervision.
☐ was found in violation of condition(s)  _____  after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| I | Failure to reside at a residential program for 6 months. | 03/24/2014 |
| II | Possession and use of a controlled substance | 05/09/2014 |
| III | Failure to call into the phase testing system. | 05/05/2014 |
| IV-B | Commited another federal, state or local crime. | 07/15/2014 |

The defendant is sentenced as provided in pages 2 through  2  of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has not violated condition(s)  IV-A, V, VI  and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.:  8350

Defendant's Year of Birth:  1984

City and State of Defendant's Residence:
unknown

11/22/2016
Date of Imposition of Judgment

*Douglas P. Woodlock* (signature)
Signature of Judge

Douglas P. Woodlock         U.S. District Judge
Name and Title of Judge

02/02/2017
Date

AO 245D    (Rev. 09/11) Judgment in a Criminal Case for Revocations
           Sheet 2— Imprisonment

Judgment — Page __2__ of __2__

DEFENDANT: WINSTON MCGHEE
CASE NUMBER: 08cr10036-DPW

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

twenty four (24) months (DEEMED SERVED).

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
   ☐ before 2 p.m. on _____ .
   ☐ as notified by the United States Marshal.
   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:




Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL